**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

    Byrne
    Plaintiff

V.

    Commure, Inc.
    Defendant

CIVIL ACTION

NO. 24-11162-WGY

**SETTLEMENT ORDER OF DISMISSAL**

YOUNG, DJ

    The Court having been advised on September 27, 2024 that the above-entitled action has been settled;

    IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (60) days if settlement is not consummated.

By the Court,

September 27, 2024
Date

/s/ Jennifer Gaudet
Deputy Clerk